

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

---

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2494
Fax 590-6523

October 22, 2007

The Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

RECEIVED
OCT 25 2007
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

Re: Jamal Petty v. Connell
07 Civ. 6090 (GEL)

Dear Judge Lynch:

    Pursuant to an agreement with the Attorney General of the State of New York, the Office of the Bronx District Attorney represents the respondent in the above-entitled habeas corpus proceeding. Pursuant to your Order dated September 12, 2007, our answer was due on October 19, 2007. However, the Order directed the Clerk to serve the relevant documents upon the New York County District Attorney's Office, as well as the New York State Attorney General's Office. This Office did not receive the Order and petition until October 19, 2007, when they were forwarded by the New York County District Attorney. Since this Office only now has become aware of this action, it is now necessary that I request an extension of time in which to file respondent's answer.

    Accordingly, <u>respondent requests that we be given sixty days from today to answer the petition, rendering our answer due on December 18, 2007.</u> No previous requests for an adjournment have been made. Petitioner's counsel, Natalie Rea, Esq., does not object to this request.

    Thank you for your consideration in this matter.

Very truly yours,

NANCY D. KILLIAN
DEPUTY BUREAU CHIEF
APPEALS BUREAU

cc:
Natalie Rea
The Legal Aid Society
199 Water Street, 5th Floor
New York, NY 10038

SO ORDERED

GERARD E. LYNCH, U.S.D.J.

10/25/07